```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
 7
                 IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9
10  CLEM KENNETH UNDERWOOD,       )    1:04-cv-06163 SMS
                                  )
11                 Plaintiff,     )    STIPULATION AND
                                  )    ORDER TO EXTEND
12            v.                  )    TIME
                                  )
13  JO ANNE B. BARNHART,          )
    Commissioner of Social        )
14  Security,                     )
                                  )
15                 Defendant.     )
    _____)
16
17       The parties, through their respective counsel, stipulate that
18  the time for filing defendant's opposition to plaintiff's opening
19  brief be extended from June 15, 2005 to July 19, 2005.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: June 8, 2005           /s/ Robert D. Christenson
                              (As authorized via facsimile)
                              ROBERT D. CHRISTENSON
                              Attorney for Plaintiff


Dated: June 9, 2005           McGREGOR W. SCOTT
                              United States Attorney


                              /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney

**IT IS SO ORDERED:**


Dated: 6/9/2005

                               /s/ Sandra M. Snyder
                              THE HONORABLE SANDRA M. SNYDER
                              United States Magistrate Judge