```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                         EASTERN DISTRICT OF CALIFORNIA
 9

10  CLEM KENNETH UNDERWOOD,        )    1:04-cv-06163 SMS
                                   )
11                Plaintiff,       )    STIPULATION AND
                                   )    ORDER TO EXTEND
12            v.                   )    TIME
                                   )
13  JO ANNE B. BARNHART,           )
    Commissioner of Social         )
14  Security,                      )
                                   )
15                Defendant.       )
    _____)
16

17       The parties, through their respective counsel, stipulate that

18  the time for filing defendant's opposition to plaintiff's opening

19  brief be extended from July 19, 2005 to July 22, 2005.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///
```

This is defendant's second request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                        Respectfully submitted,

Dated: July 19, 2005        /s/ Robert D. Christenson
                                   (As authorized via facsimile)
                                   ROBERT D. CHRISTENSON
                                   Attorney for Plaintiff

Dated: July 19, 2005        McGREGOR W. SCOTT
                                   United States Attorney


                                   /s/ Kristi C. Kapetan
                                   KRISTI C. KAPETAN
                                   Assistant U.S. Attorney

**IT IS SO ORDERED:**


Dated:  8/1/2005

                                   /s/ Sandra M. Snyder
                                   THE HONORABLE SANDRA M. SNYDER
                                   United States Magistrate Judge